Commonwealth ex rel. Byrd, Appellant, *v.* Cavell.

Submitted June 14, 1965. *William Byrd,* appellant, in propria persona; *Philip M. Capone* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Clay, Appellant, *v.* Myers.

Submitted June 14, 1965. *Leroy Clay,* appellant, in propria persona; *Benjamin H. Renshaw, Jr.,* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Cleveland, Appellant, *v.* Russell.

Submitted June 14, 1965. *Andrew Bolt Cleveland,* appellant, in propria persona; *Robert M. Kemp,* District Attorney, for appellee.

Order affirmed.